**Electronically Filed
Supreme Court
SCWC-29857
22-NOV-2010
01:40 PM**

NO. SCWC-29857

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL L. CARTER, Petitioner/Petitioner-Appellant

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 08-1-0037; CR. NO. 04-1-1977)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

October 12, 2010 by Petitioner/Petitioner-Appellant Michael L.

Carter is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 22, 2010.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Michael L. Carter,
petitioner/petitioner-
appellant, *pro se*, on the
application.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Alm, assigned due to a vacancy.